IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FARMERS UNION MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CM VANTAGE SPECIALY INSURANCE COMPANY and JOHN DOES 1–10,<br><br>Defendants. | CV 24–74–M–DLC<br><br><br>ORDER |

Plaintiff Farmers Union Mutual Insurance Company and Defendant CM Vantage Specialty Insurance Company have filed a Stipulation for Dismissal with Prejudice. (Doc. 18.) The parties seek to dismiss this case as fully and finally settled on the merits, with each party to bear its own costs and fees. (*Id*. at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice. Each party shall bear their own costs and attorneys' fees.

The Clerk of Court is directed to close this matter.

DATED this 3rd day of November, 2025.

Dana L. Christensen, District Judge
United States District Court